FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2022

No. 04-22-00495-CV

Olga Lydia **VENEGAS**,
Appellant/Cross-Appellee

v.

Ricardo **VENEGAS** and Maribel Veronica Ortiz,
Appellees/Cross-Appellants

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19142
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

The appellate record was due on September 6, 2022. On the due date, Appellant moved to extend the time to file her requests for the clerk's and reporter's records.

Appellant's motion is GRANTED. Appellant must request the clerk's and reporter's records within THIRTY DAYS of the date of this order and must file in this court a copy of each request. *See* TEX. R. APP. P. 34.5; 34.6(b).

Each record will be due thirty days after Appellant requests the respective record.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court